IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| ANDRE McCOY, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiffs, | ) |  |
|  | ) |  |
| v. | ) | Case No. CIV-17-1337-R |
|  | ) |  |
| WILLA JOHNSON, *et al.*, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## ORDER

Before the Court is the Report and Recommendation of U.S. Magistrate Judge Gary M. Purcell, Doc. 7, recommending that the Court dismiss without prejudice Plaintiff's *pro se* complaint, Doc. 1. Plaintiff has not paid the required filing fee, submitted the application to proceed *in forma pauperis,* or filed his complaint on the proper 42 U.S.C. § 1983 form. *See* Doc. 4. Thereafter he failed to update his mailing address, so Judge Purcell was unable to inform him of these filing deficiencies. *See* Docs. 5 and 6. Given the Court's responsibility to manage its case load and enforce compliance with the local and federal rules, Judge Purcell's Report (Doc. 7) is hereby ADOPTED in full and Plaintiff's complaint (Doc. 1) is DISMISSED WITHOUT PREJUDICE. *See Nasious v. Two Unknown B.I.C.E. Agents, at Arapahoe Cty. Justice Ctr.*, 492 F.3d 1158, 1161 n.2 (10th Cir. 2007).

IT IS SO ORDERED this 2nd day of February, 2018.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE